08 MAY -7 PM 4: 16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

08 CR 1457 L

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. _____ |
| Plaintiff, | ) I N D I C T M E N T |
| v. | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(ii) – |
| OSCAR MOISES RAMIREZ (1), | ) Bringing in Illegal Aliens for |
| CLAUDIA CALDERON-MORALES (2), | ) Financial Gain; Title 18, U.S.C., |
| BRUNO DE JESUS | ) Sec. 2 - Aiding and Abetting; |
| LOPEZ-PEDROZA (3), | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(iii) and |
| Defendants. | ) (v)(II) - Harboring Illegal Aliens |
| | ) and Aiding and Abetting; |
| | ) Title 8, U.S.C., |
| | ) Secs. 1324(a)(1)(A)(ii) and |
| | ) (v)(II) - Transportation of |
| | ) Illegal Aliens and Aiding |
| | ) and Abetting |

The grand jury charges:

## Count 1

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Soltero-Munoz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

WDK:fer:San Diego
5/6/08

Count 2

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Soltero-Munoz, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in an apartment located at 5020 Whitman Street #20, San Diego, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

Count 3

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Martin Soltero-Munoz, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

Count 4

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Josue Perez-Bustos, had

2

1  not received prior official authorization to come to, enter and reside

2  in the United States, did bring to the United States said alien for

3  the purpose of commercial advantage and private financial gain; in

4  violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii),

5  and Title 18, United States Code, Section 2.

6                                Count 5

7       On or about April 24, 2008, within the Southern District of

8  California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES

9  and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the

10 immigration laws of the United States, knowing and in reckless

11 disregard of the fact that an alien, namely, Josue Perez-Bustos, had

12 come to, entered and remained in the United States in violation of

13 law, did conceal, harbor and shield from detection such alien in an

14 apartment located at 5020 Whitman Street #20, San Diego, California;

15 in      violation     of      Title     8,      United      States      Code,

16 Sections 1324(a)(1)(A)(iii) and (v)(II).

17                               Count 6

18      On or about April 24, 2008, within the Southern District of

19 California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES

20 and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the

21 immigration laws of the United States, knowing and in reckless

22 disregard of the fact that an alien, namely, Jose Perez-Bustos, had

23 come to, entered and remained in the United States in violation of

24 law, did transport and move said alien within the United States in

25 furtherance of such violation of law; in violation of Title 8, United

26 States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

27 //

28 //

Count 7

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Anibal Hernandez-Rodriguez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 8

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Anibal Hernandez-Rodriguez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in an apartment located at 5020 Whitman Street #20, San Diego, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

//
//
//
//
//

4

<u>Count 9</u>

On or about April 24, 2008, within the Southern District of California, defendants OSCAR MOISES RAMIREZ, CLAUDIA CALDERON-MORALES and BRUNO DE JESUS LOPEZ-PEDROZA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Anibal Hernandez-Rodriguez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 7, 2008.

A TRUE BILL,

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney