# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER  08MJ1322 |
| vs | ) | ABSTRACT OF ORDER |
| Oscar Moises Ramirez | ) | Booking No.  08330298 |

**TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:**

Be advised that under date of  May 7, 2008
the Court entered the following order:

✓ ____ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

✓ ____ Defendant released on $ 10,000 P/S  bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ c.c. judgment Court of Appeals ( ____ affirming) ( ____ reversing) decision of this Court:

____ dismissing appeal filed.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case Dismissed.

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other._____

Received _____  
DUSM

**NITA L. STORMES**
UNITED STATES MAGISTRATE JUDGE

by  J. Perrault  
Deputy Clerk

Crim-9 (Rev 6-95)    ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY