1  MICHAEL LITTMAN
   CA State Bar # 120625
2  105 West "F" St., 4th Flr.
   San Diego, CA 92101
3  (619) 236-1030

4  Attorney for Defendant
   BRUNO DE JESUS LOPEZ-PEDROZA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-1457-L |
|---|---|---|
| Plaintiff, | ) | **JOINT MOTION TO CONTINUE MOTION HEARING** |
| v. | ) | |
| OSCAR MOISES RAMIREZ, et al. | ) | |
| Defendants. | ) | |

THE PARTIES HEREBY STIPULATE AND JOINTLY MOVE THE COURT, by and between the parties, Carlos Arguello, counsel for the United States; Joseph McMullen, counsel for defendant OSCAR MOISES RAMIREZ; Russell Babcock, counsel for CLAUDIA CALDERON-MORALES; and Michael Littman, counsel for defendant BRUNO DE JESUS LOPEZ-PEDROZA, for an order vacating the currently scheduled motion hearing of June 9, 2008, and continuing it to June 23, 2008 at 2:00 p.m. The parties believe it would be in the interest of justice to continue the motion hearing in this matter in order to further discuss this matter which may result in a resolution of the case without trial.

Therefore, the parties jointly request and agree as follows:

1. The motion hearing for all defendants shall be continued from June 9, 2008 at 2:00 p.m. to June 23, 2008 at 2:00 p.m.

2. The time is excludable pursuant to the Speedy Trial Act.

3. Claudia Calderon-Morales and Bruno De Jesus Lopez-Pedroza are in custody and Oscar Moises Ramirez is out of custody on bond. All defendants consent to the continuance.

So stipulated and moved.

DATED: June 5, 2008

s/ Michael Littman
Attorney for Defendant
STEVE ROMEO

s/ Joseph McMullen
Attorney for Defendant
OSCAR MOISES RAMIREZ

s/ Russell Babcock
Attorney for Defendant
CLAUDIA CALDERON-MORALES

Karen P. Hewitt
United States Attorney

s/ Carlos Arguello
Assistant U.S.Attorney
Attorney for Plaintiff