UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Hon. M. James Lorenz)

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>    Plaintiff,                              )<br>                                                          )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>OSCAR MOISES RAMIREZ, et al.  )<br>                                                          )<br>    Defendants.                         )<br>_____) | Case No. 08-CR-1457-L<br><br>**ORDER GRANTING JOINT<br>MOTION TO CONTINUE<br>MOTION HEARING** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Motion Hearings in the above-entitled matter shall be continued from June 9, 2008 at 2:00 p.m. to June 23, 2008 at 2:00 p.m..

**IT IS FURTHER ORDERED** that time is excluded pursuant to the Speedy Trial Act.

**IT IS SO ORDERED.**

DATED: June 6, 2008

_____
M. James Lorenz
United States District Court Judge