JOSEPH M. McMULLEN
California State Bar Number 246757
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Defendant Ramirez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. M. JAMES LORENZ)

| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1457-MJL |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ACKNOWLEDGMENT OF NEXT COURT DATE |
| OSCAR MOISES RAMIREZ, | ) | |
| Defendant. | ) | |

I, **OSCAR MOISES RAMIREZ,** hereby acknowledge that my next court date to appear in the United States District Court for the Southern District of California is June 23, 2008, at 2:00 p.m., before the Honorable M. James Lorenz.

I declare that the foregoing is true and correct.

DATED: 6/12/08                         OSCAR RAMIREZ
                                       **OSCAR MOISES RAMIREZ**