**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Carlos Arguello**
Carlos.Arguello2@usdoj.gov,Jacquelyn.Mason2@usdoj.gov,Efile.dkt.gc1@usdoj.gov

**Russell Sheridan Babcock**
russbab@aol.com

**Linda A King**
laking@N2.net,vbm_5562@yahoo.com

**Michael Littman**
mlittman@mlittmanlaw.com,mlittman@cox.net

Dated: June 12, 2008                          /s/ Joseph McMullen
                                              JOSEPH McMULLEN
                                              Federal Defenders of San Diego, Inc.
                                              225 Broadway, Suite 900
                                              San Diego, CA 92101-5030
                                              (619) 234-8467  (tel)
                                              (619) 687-2666  (fax)
                                              e-mail: Joseph_McMullen@fd.org